AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

YOKO KAMIYAMA,

Plaintiff,

V.

BRENT J. HINKEMEYER, TAGA AIR CHARTER SERVICES, INC., TINIAN DYNASTY HOTEL, INC., HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD., and DOES 1-75

Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 08 - 0030

TO: (Name and address of Defendant)

TAGA AIR CHARTER SERVICES, INC.
P.O. Box 468
Tinian, MP 96952

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Berline, Esq.
Second Floor, Macaranas Building
Beach Road, Garapan
P.O. Box 5682 CHRB
Saipan, MP 96950
Telephone : (670) 233-3663
Facsimile: (670) 233-5262

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(By) DEPUTY CLERK

DATE    JUL 1 0 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE July 10, 2008 |
| NAME OF SERVER (PRINT) Jaime S. Saiki | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served the defendant's Registered Agent, G. Anthony Long on Thursday, July 10, 2008, at 4:30 pm at his office in Beach Road, San Jose, Saipan.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 10, 2008
             Date                Signature of Server

PO Box 5682 CHRB, Saipan MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.